## ** SECTION 362 INFORMATION SHEET **

Ronald Adams and Liping Adams
**DEBTOR**

Chapter 7
Case No.: 10-13759-lbr

Wilmington Trust Company, as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-CB3
**MOVANT**
PROPERTY INVOLVED IN THIS MOTION: 817 Dawn Valley Drive , North Las Vegas NV 89031

NOTICE SERVED ON: Debtor(s) _____x_____ ; Debtor (s) Counsel _____x_____ ; Trustee _____x_____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st Wilmington Trust Company, as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-CB3 $295,678.22 (PB) | 1st _____ |
| | 2nd _____ |
| | Total Encumbrances: $ 336,678 22 |
| Other: Clark County Treasure $1,000.00 | APPRAISAL or OPINION as to VALUE: |
| Other: Internal Revenue Service $40,000.00 | |
| Total Encumbrances: $336,678.22 | |
| APPRAISAL or OPINION as to VALUE: "Per attached Schedule "A" $138,067.00 | |

| TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR | OFFER OF "ADEQUATE PROTECTION" FOR MOVANT: |
|---|---|
| Amount of Note: $290,400.00 | Pay Aug 1 payment timly, |
| Interest Rate: 5.0899999999999999 | Pay arrears Dues 6 |
| Duration: 30 Year | months start 8/20/10 |
| Payment Per Month: $ 1,953.97 | |
| Date of Default: February 1, 2009 | |
| Amount of Arrearages: | |
| 3 Monthly Payments at $2,028.53   $6,085.59 | |
| (April 1, 2010 - June 1, 2010) | |
| Motion for Relief Filing Fee       $150.00 | SPECIAL CIRCUMSTANCES: |
| Attorneys Fees                     $750.00 | |
| Total                              $6,985.59 | SUBMITTED BY: |
| Date of Notice of Default: May 6, 2009 | SIGNATURE: |
| SPECIAL CIRCUMSTANCES: I, Gregory L. Wilde, hereby certify that an attempt has been made to confer with debtor(s) counsel, or with debtor(s) and that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action. | |
| SUBMITTED BY: | |
| SIGNATURE: | |

NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd, S., #350
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: BK@nnbklaw.com
Attorneys for Debtor(s)

E-Filed on June 30, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                              )    Chapter 13
                                                    )    Case No. 10-13759-lbr
**RONALD ADAMS**                                    )
**LIPING ADAMS**                                    )
                                                    )
                          Debtor(s).                )    DATE:    7/28/2010
                                                    )    TIME:    10:30 a.m.

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtors, RONALD ADAMS and LIPING ADAMS, by and through

their attorneys, NARRAH F. NEWARK of NEWARK & NEWARK LAW FIRM, and respect-

fully request this Court to deny the MOTION FOR RELIEF FROM THE AUTOMATIC STAY

filed by WILMINGTON TRUST COMPANY, by and through its attorneys, GREGORY L.

WILDE of WILDE & ASSOCIATES and TIFFANY & BOSCO.

### POINTS AND AUTHORITIES

11 USC Section 362 (d) (1) states that the Court may terminate, modify or condition

stay

> "for cause, including the lack of adequate protection of an
> interest in property of such party in interest;---"

11 USC Section 362 (d) (2) the Court may terminate, modify or condition a stay

> "with respect to a stay of an act against property under
> subsection (a) of this section, if-

> (A)    the debtor does not have an equity in such
>        property AND

> (B)    such property is not necessary to an effective
>        reorganization

1

## STATEMENT OF FACTS

2  Debtors' property has liens of approximately $336,678.22 for the property located

3  at 817 Dawn Valley Drive, N Las Vegas, NV 89031, and the home is necessary for an effective

4  reorganization.  Debtors believe that they may have minimal equity in the property.

5  11 USC Section 362 (d) (1) may apply as:

6  1.      Debtors acknowledge that if they are late on the post petition mortgage

7  payments, they will need some time to acquire the necessary funds to cure all post-petition

8  arrearages.

9  2.      Debtors wish to cure the arrearages through an Adequate Protection Order.

10  3.      Debtors' intention is to stay current on future post-petition mortgage

11  payments.

12  THEREFORE, Debtors request that the motion filed be denied under 11 USC

13  Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate

14  amount of time to allow Debtors to become current on the post petition mortgage

15  arrearages, if necessary, and/or to Stipulate to an Order Re Adequate Protection.

16  Respectfully submitted:

17  NEWARK & NEWARK

18  By: /s/ NARRAH F. NEWARK
    NARRAH F. NEWARK, ESQ.

19  NB#008201
    Attorney for Debtor(s)

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF MAILING OF OPPOSITION TO MOTION
FOR RELIEF FROM AUTOMATIC STAY**

I hereby certify that on___June 30, 2010___, I faxed and mailed a true and correct

copy by facsimile and by first class mail, postage prepaid, to the below named the

OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY:

Wilmington
c/o Greg Wilde, Esq.
Wilde & Associates
208 S. Jones
Las Vegas, NV 89107
*VIA ECF*

Kathleen leavitt, Trustee
201 Las Vegas Blvd., S., #200
Las Vegas, NV 89101
*VIA ECF*

Ronald & Liping Adams
817 Dawn Valley Dr.
North Las Vegas, NV 89031

/s/ Betsy L. Smith
An employee of NEWARK & NEWARK LAW FIRM